UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA upon
the relation and for the use of the
TENNESSEE VALLEY AUTHORITY
Plaintiff

v.  Civil Action No. _____
    Judge Wiseman

TREE-REMOVAL RIGHTS WITH
RESPECT TO LAND IN ROBERTSON
COUNTY, TENNESSEE, and
ALMON L. JOHNSON
Defendants

## ORDER OF POSSESSION

Pursuant to 40 U.S.C. §§ 3114-3118 (2006) (formerly codified as 40 U.S.C. §§ 258a-258e), which authorizes the Court "to give the Government immediate possession of the [condemned] property" (*United States v. Miller*, 317 U.S. 369, 381, 63 S.Ct. 276, 87 L.Ed. 336 (1943)), it is hereby Ordered that the Tennessee Valley Authority, as agent of the United States of America, be put into immediate possession of the property described in the Declaration of Taking filed in this action to the extent necessary to permit the Tennessee Valley Authority to carry on any of its operations described in the pleadings filed herein, and that the Defendant in such action surrender possession of the said property to the Tennessee Valley Authority accordingly.

It is so ORDERED.

_____
United States District Judge

1